IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 2 9 2013

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA )
)
VS. ) CASE NO.: 3:12-CR-398-M (01)
)
ISRAEL CASTELAN-LOPEZ )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

ISRAEL CASTELAN-LOPEZ, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining ISRAEL CASTELAN-LOPEZ under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that ISRAEL CASTELAN-LOPEZ be adjudged guilty and have sentence imposed accordingly.

Date: January 29, 2013

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).